UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dustin Carpenter, | ) | Court File No. 21-cv-1801 |
| | ) | (MJD/ECW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| Trans Union, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

Plaintiff Dustin Carpenter, by counsel, and Defendant Barclays Bank Delaware, by counsel, having filed their Notice of Settlement with Barclays Bank Delaware (Doc. 50), the last remaining Defendant in this action, and their Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant Barclays Bank Delaware (Doc. 51), and the Court, having been duly advised, now finds that the same should be granted.

Accordingly, **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and all claims of Plaintiff Dustin Carpenter against Defendant Barclays Bank Delaware are dismissed with prejudice. Plaintiff Dustin Carpenter and Defendant Barclays Bank Delaware shall each bear their own costs, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 14, 2022

s/Michael J. Davis
Michael J. Davis
United States District Court