# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| Dustin Carpenter | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-01801-MJD-ECW |
| Barclays Bank Delaware | |
| Defendant, | |
| Barclays Bank Delaware | Counter Claimant, |
| Dustin Carpenter | Counter Defendant. |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is dismissed with prejudice and all claims of Plaintiff Dustin Carpenter against Defendant Barclays Bank Delaware are dismissed with prejudice. Plaintiff Dustin Carpenter and Defendant Barclays Bank Delaware shall each bear their own costs, disbursements, and attorneys' fees.

Date: 7/15/2022                                          KATE M. FOGARTY, CLERK